On application for rehearing, First Alabama Bank contends that the original opinion claims the bank violated the Bulk Sales Act. The opinion does nothing of the kind. The holding of the original opinion is quite simple.
A complaint which alleges, in substance, that a party or parties "participated in a scheme, artifice or device to hinder or delay [a creditor] in the collection of a debt," is more than "bare bones pleading." The trial judge was faced with a motion to dismiss which alleges (1) that the complaint fails to state a claim and (2) that the complaint does not allege fraud with particularity. He considered nothing outside the pleading;
therefore, he should not have dismissed the complaint.
The original opinion deals with a question of law relative topleading, not liability. We expressed no opinion on whether the plaintiff could or could not succeed on its complaint, or at what stage the action might be correctly terminated, only that the plaintiff, under our new rules of procedure, should not have been thrown out of court by a mere motion to dismiss its complaint.
The original opinion is extended and the application for rehearing is denied.
OPINION EXTENDED; APPLICATION FOR REHEARING DENIED.
TORBERT, C.J., and JONES, SHORES and BEATTY, JJ., concur. *Page 3